# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY HAYES<br>CDCR #K-88757,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOVEY; JEANNE WOODFORD;<br>J.G. GIURBINO; M.E. BOURLAND;<br>G.J. JANDA; WENDY STILL,<br><br>                    Defendants. | Civil No.   09cv1016 BTM (RBB)<br><br>**ORDER GRANTING EX PARTE REQUEST TO FILE SUR-REPLY BRIEF**<br><br>**[Doc. No. 37]** |

     Plaintiff has requested leave to file a sur-reply brief in response to the pending motions to dismiss [Doc. 37]. The Court finds good cause and **GRANTS** the request. The Court has considered Plaintiff's proposed sur-reply brief in connection with its ruling on the motions to dismiss.

**IT IS SO ORDERED.**

DATED: April 22, 2010

                                            Honorable Barry Ted Moskowitz<br>
                                            United States District Judge